UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

CIVIL MINUTES - GENERAL

Priority  ___
Send      ___
Enter     ___
Closed     X
JS-5/JS-6 ___
Scan Only ___

**CASE NO.:** CV 12-02511 SJO          **DATE:** July 1, 2014

**TITLE:** **In re: Estate Financial, Inc.**
Bankruptcy Court case numbers: 9:08-bk-11457 RR; 9:11-ap-01147 RR
========================================================================
**PRESENT:** THE HONORABLE S. JAMES OTERO, UNITED STATES DISTRICT JUDGE

Victor Paul Cruz                         Not Present
Courtroom Clerk                          Court Reporter

**COUNSEL PRESENT FOR PLAINTIFF:**       **COUNSEL PRESENT FOR DEFENDANTS:**

Not Present                              Not Present

========================================================================
**PROCEEDINGS (in chambers): ORDER REMANDING ACTION TO THE BANKRUPTCY COURT**

This matter is before the Court on remand from the United States Court of Appeals for the Ninth Circuit. *In re Estate Fin. Mortg. Fund, LLC*, __ F. App'x __, No. 12-56009, 2014 WL 1152689 (9th Cir. Mar. 24, 2014). The Ninth Circuit reversed the Court's order dismissing Plaintiff and Trustee Thomas P. Jeremiassen's Adversary Proceeding, case number AP 11-01147 RR, against Defendants Bryan Cave LLP and Katherine M. Windler without leave to amend. (*See* Order Overruling Pl.'s Objections, ECF No. 9.) In light of the Ninth Circuit's opinion, the Court reinstates the reference to the United States Bankruptcy Court for the Central District of California and remands the action. The Bankruptcy Court shall hear all matters related to the Adversary Proceeding, submitting proposed findings of fact and conclusions of law as necessary pursuant to 28 U.S.C. § 157. This action shall close.

IT IS SO ORDERED.